# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gary Eldred Kremer,

    Petitioner,

Case No. 19-cv-2277 (MJD/ECW)

v.

**ORDER**

Warden Fikes,
*FCI-Sandstone*

    Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated September 11, 2019, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Gary E. Kremer [Dkt. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Kremer's application to proceed *in forma pauperis* [Dkt. 2] is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 22, 2019                s/ Michael J. Davis
                                                  MICHAEL J. DAVIS
                                                  United States District Court